EXHIBIT B

State of New York - Department of State
Division of Corporations

Party Served:Plaintiff/Petitioner:
MRS BPO, L.L.C.PALADINO, PAUL


NATIONAL CORPORATE RESEARCH, LTD.
10 EAST 40TH STREET 10TH FLOOR
NEW YORK, NY 10016


Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 12/13/2018 pursuant to SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.


Very truly yours,
Division of Corporations

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

EXHIBIT B

---------------------------------------x

PAUL PALADINO ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

                Plaintiff/Petitioner,

   -against-

MRS BPO, L.L.C.

                Defendant/Respondent.

---------------------------------------x

Index No. 616079/18

## NOTICE OF ELECTRONIC FILING

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and
- You are a Defendant/Respondent (a party) in this case.
                (CPLR § 2111, Uniform Rule § 202.5-bb)

**If you are represented by an attorney:** give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing

You can:

- serve and file your documents electronically
- view your case file on-line
- limit your number of trips to the courthouse
- pay any court fees on-line.

There are no additional fees to e-file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or
- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**   EXHIBIT B

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site https://iapps.courts.state.ny.us/nyscef/HomePage; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 08/15/201

MITCHELL L PASHKIN
Name

_____
Firm Name

775 Park Avenue, Ste. 255
Address

Huntington, NY 11743

631-335-1107
Phone

mpash@verizon.net
E-Mail

To: _____

11/20/17

Index No.            Page 2 of 2            EFM-1

EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

PAUL PALADINO,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                      Plaintiff,

-against-

MRS BPO, L.L.C.,

                      Defendant.

INDEX NO. 616079/2018
FILING DATE: 08/15/18

**SUMMONS**
**WITH NOTICE**

Plaintiff designates
Suffolk County
as the place of trial

The basis of the venue is
Plaintiff's residence

---

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 16th day of August 2017, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 16th day of August 2017, together with the costs of this action and attorney's fees.

EXHIBIT B

Dated: August 15, 2018

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 335-1107

NYSCEF DOC. NO. ... RECEIVED NYSCEF: 08/15/2018

EXHIBIT B

S-SFMRSA11
P7AQ7300202531 - 525125747 I05062
Return Address:
MRS BPO, L.L.C.
1930 OLNEY AVENUE
CHERRY HILL NJ 08003

CHERRY HILL NJ 08003
844-224-2753
Office Hours:
Monday - Thursday  9am - 9pm ET
Friday  9am - 5pm ET

MR PAUL PALADINO

CENTEREACH NY 11720-3853

August 16, 2017

| CREDITOR: CHASE BANK USA N.A. |
| MRS ACCT#: ████████2293 |
| CREDITOR ACCT#: xxxxxxxxxxxx3346 |
| ACCOUNT BALANCE: $2,303.38 |

Dear MR PAUL PALADINO,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations.

Resolving a long overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable. You may even qualify for a discount offer that could save you a substantial amount of money!

Payment may be made by calling 844-224-2753, mailing to the above address or by using our online payment website at https://mrspay.webview.com (internet connection required).

**IMPORTANT CONSUMER INFORMATION**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| The total amount of the debt due as of charge-off | $ | 2,303.38 |

Sincerely,

MRS Associates
844-224-2753
MRS Associates is a trade name of MRS BPO, L.L.C.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

**NEW YORK CITY RESIDENTS:**
New York City Department of Consumer Affairs, license number 1292105, 1292103.
MRS Associates contact: Denise Eichenberg - Mon - Fri 9 AM - 5 PM ET (800) 716-6429.

**NEW YORK STATE RESIDENTS:**
We are required by regulation of the New York State Department of Financial Services to notify you of the following information. This information is NOT legal advice. Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
    (i) The use or threat of violence;
    (ii) The use of obscene or profane language; and
    (iii) Repeated phone calls made with the intent to annoy, abuse, or harass.
If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplementary security income, (SSI);
2. Social Security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

Index No. 616079/2018

---

PAUL PALADINO,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                    Plaintiff(s),

-vs-

MRS BPO, L.L.C.,

                    Defendant(s).

---

**SUMMONS WITH NOTICE**

---

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).


/s/
_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

EXHIBIT B

DOS 470 (Rev. 10/09)

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Services Requested

USPS CERTIFIED MAIL

9214 8969 0059 7939 0083 36

20181221 0288
NATIONAL CORPORATE RESEARCH, LTD.
10 EAST 40TH STREET 10TH FLOOR
NEW YORK NY, 10016



FILED: SUFFOLK COUNTY CLERK 12/17/2018 05:09 PM — INDEX NO. 616079/2018
NYSCEF DOC. NO. 3 — RECEIVED NYSCEF: 12/17/2018
Case 2:19-cv-00172-JMA-AYS   Document 1-2   Filed 01/09/19   Page 9 of 9 PageID #: 13

EXHIBIT B

Attorney(s): Law Office of Mitchell L. Pashkin
Index #: **616079/2018**
Purchased/Filed: August 15, 2018
State of New York
Court: Supreme
County: Suffolk

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Paul Paladino, on behalf of himself and all others similarly situated

against

MRS BPO, L.L.C.

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 yrs
Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White
Hair color: Brown   Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on December 13, 2018, at 12:02 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons with Notice and Notice of Electronic Filing

on

**MRS BPO, L.L.C.**

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

13th day of December 2018

_[signature]_

_[signature]_
Robert Guyette
Invoice·Work Order # 1838150
Attorney File # **Paladino**